MARY WAKEMAN, *Appellant, v.* WILLIAM PETTIT, *Respondent.*—Judgment of County Court reversed and that of justice affirmed, with costs. Mem. by LEARNED, P. J.

ALBERT DEFREEST and others, *Respondents, v.* THE CITY OF TROY, *Appellant.*—Judgment affirmed, with costs, on opinion of court below. BOARDMAN, J., not acting.

JOHN JOHNSTON AND THOMAS F. REILLY, *Appellants, v.* WALTER S. ALLEN, *Respondent.*—Judgment affirmed, with costs.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* THE EQUITABLE FIRE AND MARINE INSURANCE COMPANY OF PROVIDENCE, RHODE ISLAND, *v.* CHARLES G. FAIRMAN, *as Superintendent of the Insurance Department, State of New York.*—Order affirmed, with costs.

TRISTRAM C. BERT and others, *Executors, etc., Respondents, v.* ABRAM KITTLE and others, *Appellants.*—Judgment affirmed, with costs.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* THE BOSTON AND ALBANY RAILROAD COMPANY, *Respondent, v.* JOHN J. WILBOR, *Supervisor, etc.,* and others, *Appellants.*—Order affirmed, with costs. LEARNED, P. J., not acting.

THE WHEELER AND WILSON MANUFACTURING COMPANY, *Appellants, v.* JAMES HAMMOND, *Respondent.*—Judgment and order affirmed, with costs.

ALPHONSO STONE, *Appellant, v.* JAMES C. JONES, *Respondent.*—Judgment affirmed, with costs.

IN THE MATTER OF THE APPLICATION OF JEREMIAH TOOMEY FOR CERTIORARI TO REVIEW ASSESSMENT, AND TWELVE OTHER SIMILAR CASES.—Motion for *certiorari* granted.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* WILLIAM J. WOODS *v.* ISAAC W. CRISSEY, *as Comptroller, etc.*—Order denying motion for *mandamus* affirmed.

PETER M. OVERBAGH and others, *Respondents, v.* HARVEY D. VAN PELT, *Appellant.* — Judgment and order affirmed, with costs. Opinion by LEARNED, P. J.